**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYISHA ROBINSON, *individually and on behalf of all others similarly situated*<br><br>Plaintiff,<br>vs.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC,<br><br>Defendants. | Case No. 2:19-cv-18751<br><br>Civil Action<br><br>**STIPULATION TO DISMISS** |

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.


/s/ Craig P. Sanders
Craig P. Sanders, Esq.
Barshay Sanders, PLLC
100 Garden Plaza, Suite 500
Garden City, NY 11530

Attorney for Plaintiff
csanders@barshaysanders.com

/s/ Peter Cipparulo, III
Peter Cipparulo, III, Esq.
Law Offices of Peter Cipparulo, III,
349 Route 206, Suite K
Hillsborough, NJ 0884
Attorney for Defendant
petercipparulo@cipplaw.com

BY THE COURT:

SO ORDERED

Hon. Esther Salas, U.S.D.J.
Date: April 29, 2020

_____